IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GILBERT MABRY, | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 14-5525 |
| | : | |
| TINA HILDEBRANDT, d/b/a | : | |
| PHILADELPHIA AUTO BODY and | : | |
| ED HILDEBRANDT, d/b/a | : | |
| PHILADELPHIA AUTO BODY, | : | |
| Defendants. | : | |

## **ORDER**

AND NOW, this 24th day of August, 2015, upon consideration of the parties' joint motion for approval of the Settlement Agreement, (Dkt No. 18), the Settlement Agreement, (Dkt No. 18, Ex. A), and the Settlement Statement. (Dkt No. 18, Ex. B), it is hereby ORDERED that said Motion is GRANTED with the exception of the confidentiality provisions in Section 5 of the Settlement Agreement.

BY THE COURT:

/s/ C. Darnell Jones, II

_____

C. Darnell Jones, II    J.